# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WESTERN NEVADA SUPPLY )        3:09-CV-0737-ECR (VPC)
COMPANY PROFIT-SHARING )
PLAN AND TRUST, et al., )
)
        Plaintiffs, )        **MINUTES OF THE COURT**
)
    vs. )        April 14, 2010
)
ANEESARD MGMT., LLC, et al., )
)
      Defendants. )
_____ )

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiffs' motion for enlargement of time to serve one remaining defendant (#33) is **GRANTED**.  Plaintiffs shall have to and including **Tuesday, July 13, 2010** to properly effect service of process on Albert Gerebizza aka Alfred Gerebizza.

    **IT IS SO ORDERED.**

                          LANCE S. WILSON, CLERK

                    By:_____/s/_____
                             Deputy Clerk