UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN NEVADA SUPPLY COMPANY PROFIT-SHARING PLAN AND TRUST, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ANEESARD MGMT., LLC, a Nevada limited liability company, *et al.,*<br><br>　　　　Defendants. | Case No.: 3:09-CV-00737-RCJ-VPC<br><br>**MINUTE ORDER**<br>**NOVEMBER 18, 2014** |

**MINUTE ORDER IN CHAMBERS**

　　　　On November 17, 2014, a Status Conference was held, before the Honorable Robert C. Jones, District Judge. Carolyn Renner appeared on behalf of Michael Malloy, counsel for Plaintiffs and no appearances were entered on behalf of Defendant.

　　　　On March 24, 2011, this Court entered an Order (#108) staying the case as to Defendant Walter J. Salvadore, the only remaining defendant in this action. On August 10, 2011 the New Jersey Bankruptcy Court entered it's Final Order of Discharge.

　　　　The Court and counsel concur that this action shall be dismissed. Accordingly,

　　　　IT IS HEREBY ORDERED that Defendant Walter J. Salvadore is DISMISSED. The Clerk of the Court shall close this action.

　　　　IT IS SO ORDERED this 18TH day of November, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　District Judge